FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 18  AM 10: 58

CLERK _BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

RONNIE LEE CARROLL,            )
                               )
        Petitioner,             )
                               )
v.                              )    CV 106-4
                               )
VICTOR WALKER, Warden,          )
                               )
        Respondent.             )

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of respondent.

SO ORDERED this 18th day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE